**Electronically Filed
Supreme Court
SCWC-16-0000435
14-APR-2020
08:12 AM**

SCWC-16-0000435

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, N.A., dba AMERICAS SERVICING COMPANY,
Respondent/Plaintiff-Appellee,

vs.

MARIANNE S. FONG, Individually and as Trustee of the
Marianne S. Fong Revocable Trust Dated October 16, 2003,
Petitioner/Defendant-Appellant,

and

ONOMEA BAY RANCH OWNER'S ASSOCIATION, INC.,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000435; CIV. NO. 10-1-0097)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari, filed on February 18, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 14, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

